No. 311. IDA A. VAN DYKE *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE; and

No. 312. CLEVE W. VAN DYKE *v.* SAME.

Argued January 19, 1934. Decided January 22, 1934. *Per Curiam:* Judgments affirmed. *Burnet* v. *Clark,* 287 U.S. 410; *Dalton* v. *Bowers,* 287 U.S. 404. *Messrs. R. A.*

*Bartlett* and *William E. Brooks* were on the briefs and submitted for petitioners. *Mr. H. Brian Holland,* with whom *Solicitor General Biggs* and *Messrs. Sewall Key* and *John G. Remey* were on the briefs, for respondent.